**City of Belleville, Plaintiff-Appellee, v. Frank Leonard, Defendant-Appellant.**

**Gen. No. 67–132M. (Abstract of Decision.)**

Fifth District.

February 28, 1969.

Sam S. Pessin, of Belleville, for appellant; Kenneth J. Juen, of Belleville, for appellee. Opinion by JUSTICE MORAN. **Not to be published in full.**